RECEIVED
U.S. MARSHALS SERVICE
DISTRICT OF NORTH DAKOTA
2018 AUG 23 AM 11:18

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>Jumareo Quartez James a/k/a Reo<br><br>_Defendant_ | )<br>)<br>)  Case No.   1:18-cr-123-01<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_        Jumareo Quartez James a/k/a Reo                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Possession with Intent to Distribute Oxycodone
Distribution of Controlled Substances
Aiding and Abetting (3 counts)

Date:  08/02/2018                                                     /s/ Carla Schultz
                                                                         _Issuing officer's signature_

City and state:   Bismarck, ND                        Carla Schultz, Deputy Clerk
                                                                         _Printed name and title_

### Return

This warrant was received on _(date)_ 2 AUG 2018 , and the person was arrested on _(date)_ 13 Aug 2018
at _(city and state)_ Detroit, MI.

Date: 13 Aug, 2018

_Arresting officer's signature_

Kenneth Gordon Svenson
_Printed name and title_