PS 8
(Rev. 2/2013)

# United States District Court
# For The
# District of North Dakota

**Petition for Action on Conditions of Presentence Release**

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) Docket No.: 0868 1:18CR00123-1 |
| | ) |
| Jumareo Quartez James | ) |

COMES NOW, BOBBY WISEMAN, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jumareo Quartez James who was placed under pretrial release supervision by the Honorable Charles S. Miller Jr., Magistrate Judge, sitting in the Court at Bismarck, on December 27, 2018, under the following conditions:

1. The defendant must not violate federal, state, tribal, or local law while on release.

2. The defendant must advise the Office of Probation and Pretrial Services and defense counsel in writing before making any change in address or telephone number.

3. The defendant must appear in court as required and must surrender to serve any sentence imposed.

4. The defendant must sign an Appearance Bond, if ordered.

   IT WAS FURTHER ORDERED that the release of the defendant be subject to the conditions set forth below:

5. Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by that Officer.

6. Except upon prior approval from the Pretrial Services Officer, the defendant's travel is restricted to the Bismarck/Mandan metropolitan area.

7. Defendant shall refrain from any use of alcohol or any use/possession of a narcotic drug and other controlled substances as defined in 21 U.S.C. 802 or state statute, unless prescribed by a licensed medical practitioner, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive result.

PS 8
(Rev. 2/2013)
James, Jumareo
0868 1:18CR00123

8. Defendant shall not possess a firearm, destructive device or other dangerous weapon.

9. Defendant shall not knowingly or intentionally have any directed or indirect contact with co-defendants except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

10. Defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.

11. Defendant shall reside at a Residential Facility to be designated by the Pretrial Services Officer and shall participate in the center's program and abide by its rules and regulations. If directed by the Pretrial Services Officer, Defendant shall pay a portion of the cost of residing at that facility.

12. Defendant shall submit his/her person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

On May 30, 2019, the defendant's conditions of release were amended to allow the defendant to release from Centre Inc., in Mandan, on June 3, 2019.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. On December 2, 2019, the defendant signed an admission form admitting to the use of marijuana. This is believed to be in violation of condition #7, as listed above.

2. On January 2, 2020, the defendant was arrested and charged with a felony, Patronizing a Minor for a Commercial Sexual Activity, in Burleigh County District Court. This is believed to be in violation of condition #1, as listed above.

PRAYING THAT THE COURT WILL ORDER: A warrant be issued for the arrest of Jumareo Quartez James and hearings be held to determine if he violated the conditions of his Pre-Sentence Release.

PS 8
(Rev. 2/2013)
James, Jumareo
0868 1:18CR00123

> I declare under penalty of perjury that the foregoing is true and correct.
>
> Respectfully,
>
> /s/ Bobby Wiseman                               01/03/2020
> U.S. Pretrial Services Officer
> Place: Bismarck

## ORDER OF THE COURT

Considered and ordered this 3rd day of January, 2020, ~~2019~~, and ordered filed and made a part of the record in the above case.

- ☑ Warrant to be issued
- ☐ Summons to be issued
- ☐ Notice of hearing to be filed
- ☐ Modification of the defendant's conditions of release
- ☐ Other

Clare R. Hochhalter
U.S. Magistrate Judge